UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

| | |
|---|---|
| AUDREY MCQUAY, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | No. 1:04-CV-97 |
| ) | |
| JO ANNE B. BARNHART, ) | Judge Curtis L. Collier |
| Acting Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

## ORDER

United States Magistrate Judge Susan K. Lee filed her report and recommendation pursuant to 28 U.S.C. § 636(b)(1) and *Fed. R. Civ. P.* 72(b) (Court File No. 35). Neither party filed objections within the given ten (10) days.

The Court thus **ACCEPTS** and **ADOPTS** the magistrate judge's finding of fact, conclusions of law, and recommendations pursuant to Section 636(b)(1) and Rule 72(b).

Accordingly, the Court **ORDERS**:

(1) The Plaintiff's motion for EAJA attorney's fees (Court File No. 25) is **GRANTED**.

(2) The Plaintiff be awarded EAJA attorney's fees in the amount of $3,642.60.

(3) Plaintiff's request that such fees be paid directly to her attorney is **DENIED**.

**SO ORDERED.**

**ENTER:**

/s/
**CURTIS L. COLLIER, CHIEF**
**UNITED STATES DISTRICT JUDGE**